**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

LILIAN MUNOZ ALVAREZ

VERSUS

U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT, ET AL.

CIVIL ACTION NO. 26-1053-P

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE MCCLUSKY

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Lilian Munoz Alvarez's petition for release under <u>Zadvydas v. Davis</u>, 533 U.S. 678, 701 (2001), is **DISMISSED WITHOUT PREJUDICE** to her right to re-file the claim should her confinement become unconstitutional.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 7th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE